AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

GREGORY TYREE BROWN,

                Plaintiff,

v.

DEAN MASON, Grievance Program Specialist, DOC; et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-05-5071-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's requests for declaratory and injunctive relief are moot. Judgment is entered in favor of Defendants with respect to Plaintiff's compensatory and punitive damages claims. Each party shall bear its own costs.

October 22, 2009
*Date*

JAMES R. LARSEN
*Clerk*

s/ Linda Emerson
*(By) Deputy Clerk*

Linda Emerson